# EXHIBIT 8



# Wachovia Reports $23.9 Billion Loss for Third Quarter

By ERIC DASH
Published: October 22, 2008

The Wachovia Corporation announced a $23.9 billion third-quarter loss on Wednesday as it prepared to be taken over by Wells Fargo.

The bank took an $18.7 billion charge to write down the value of good will and wrote off $6.6 billion in credit losses tied largely to its disastrous purchase of Golden West Financial in 2006. And the red ink is unlikely to end soon.

Wachovia projected an additional $26.1 billion in mortgage-related losses in 2009. And it wrote down only a tiny portion of its $219 billion commercial real estate and corporate loan portfolio. Analysts expect that area to significantly deteriorate as the economy plunges into a recession.

Wachovia's record-setting loss translated into $11.18 a share, compared with net income of $1.6 billion, or 85 cents a share, in the period a year earlier.

Wachovia's quarterly loss appears to be one of the largest in banking history. It is bigger than the market values of 422 companies in the Standard & Poor's 500-stock index, and slightly more than the gross domestic product of Panama.

Of course, the bulk of the loss is tied to the write-down of good will, which reflects the amount that Wachovia overpaid for Golden West and other mergers when contrasted to their current value. The bank is trying to clean up its mortgage mess as it formalizes its deal with Wells Fargo.

"Wachovia's third-quarter results were very much in line with our expectations," John Stumpf, Wells Fargo's chief executive, said in a statement. Wells Fargo said it was "on track" to complete the merger as planned in the fourth quarter.

Just more than a month ago, Wachovia's chief executive, Robert K. Steel, told investors that the company was strong enough to remain independent. But the collapse of Lehman Brothers and Washington Mutual cast a harsh spotlight onto Wachovia's troubles, and the sudden withdrawal of corporate deposits led regulators to seek a suitor. They found two.

Citigroup made an initial bid that would have required the government to cover potentially tens of billions in credit loss

with a higher offer that did not require federal support. It agreed to pay $15.1 billion in an all-stock deal that is worth about $14 billion now because of a decline in Wells Fargo's share price. Wells Fargo estimated that it would absorb about $74 billion in losses.

Shares of Wachovia fell 38 cents, or 6.2 percent, to $5.71, while Wells Fargo dropped $1.34, or 4.1 percent, to $31.30.

Wachovia's results follow a week of dismal bank earnings as the economy worsens. Mortgages and home equity losses continue to rise as housing prices have yet to find a bottom. Losses on auto and credit card loans have surged. And new problems, like losses on loans made to small corporations and commercial real estate developers, are just starting to surface.

Wachovia faces all of these issues in its banking operations. Profit from its big retail banking division fell 48 percent, to $857 million. Wachovia's corporate and investment bank was swamped in red ink and faces an uncertain future. It lost $703 million in the third quarter, in contrast to a $212 million profit in the period a year earlier.

Wachovia's capital-management arm posted a $499 million loss after it absorbed a $737 million hit from propping up its Evergreen money funds.

Wachovia also took a list of charges to resolve previous troubles. The bank paid $497 million to settle accusations that it improperly sold auction-rate securities and absorbed about $397 million in securities sales, including the evaporation of its Fannie Mae and Freddie Mac stock holdings. It also set aside $515 million for severance payments after it announced the elimination of more than 10,000 jobs to cut expenses.

Ads by Google — what's this?

**Buffett's Top 5 Stocks**
These 5 stocks make up 75% of his firm's portfolio. Free picks.
www.StreetAuthority.com

**Brain Training Games**
Improve memory and attention with scientific brain games.
www.lumosity.com

**Appy For A Credit Card**
0% Interest Cards, No Annual Fees.
Compare Offers & Apply Online Now.
www.CreditCards.com

A version of this article appeared in print on October 23, 2008, on page B5 of the New York edition.

More Articles in Business »

 Try unlimited access to NYTimes.com for just 99¢. SEE OPTIONS »

Ads by Google — what's this?

**Super Low 2013 Refi Rates**
No (ZERO) Closing Cost Refinancing.
Low APR Mortgage Available!
CashCallMortgage.com

**Related Searches**

| | |
|---|---|
| Wachovia Corp | Get E-Mail Alerts |
| Company Reports | Get E-Mail Alerts |
| Wells Fargo & Co | Get E-Mail Alerts |

**INSIDE NYTIMES.COM**

MUSIC » 
Enough Resilience to Fill an Arena

OPINION » 
Op-Ed: Apes Need Vaccines, Too

ARTS » 
Archaic to Cubist, He-Men on the March

OPINION »
**The Fates of National Parks**
In Room for Debate: Does protecting Yosemite make it inaccessible, or keep it pristine? Should all parks follow suit?

TRAVEL » 
36 Hours in Portsmouth, N.H.

WORLD » 
Valuing a Culture in Cleaned-Up Soap Opera

**Class Action Complaint – 3:13-CV-253-JM**
**EXHIBIT 8**

http://www.nytimes.com/2008/10/23/business/23wachovia.html?em          8/2/2013

HOME PAGE | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS         Subscribe: Digital / Home Delivery   Log In   Register Now   Help

**The New York Times**

# Business Day

Search All NYTimes.com

WORLD   U.S.   N.Y. / REGION   BUSINESS   TECHNOLOGY   SCIENCE   HEALTH   SPORTS   OPINION   ARTS   STYLE   TRAVEL   JOBS   REAL ESTATE   AUTOS

Global   DealBook   Markets   Economy   Energy   Media   Personal Tech   Small Business   Your Money

## Wells Fargo Swoops In



Wells Fargo, based in San Francisco, could expand its reach if the Wachovia deal goes through.

By ERIC DASH and BEN WHITE
Published: October 3, 2008

The bold gambit that could reorder American banking began with the chirp of a cellphone in Charlotte, N.C.

**Related**

Citi, Jilted in Wachovia Deal, Ponders Lawsuit (October 4, 2008)

Times Topics: Wachovia Corporation | Wells Fargo & Company

Wells Fargo News Release(pdf)

**Add to Portfolio**

- Morgan, J P, Chase & Co
- Bank of America Corp
- Banco Santander SA
- A. G. Edwards Inc
- Goldman Sachs Group Incorporated
- Wells Fargo & Co
- Merrill Lynch & Co
- Wachovia Corp
- Citigroup Incorporated
- Morgan Stanley

Go to your Portfolio »

It was just after 9 p.m. on Thursday, and Robert K. Steel, the chief executive of the Wachovia Corporation, listened to startling news on his phone as he stepped off a plane from New York: Wells Fargo & Company was plotting to wrest his stricken bank from Citigroup.

Only four days earlier, assisted by federal regulators, Mr. Steel had agreed to sell Wachovia to Citigroup for a fire-sale $1 a share. Wells Fargo had walked away, and Richard M. Kovacevich, its chairman, had called to wish Mr. Steel good luck.

But now Mr. Kovacevich was on the line with a far sweeter deal, one worth about $15 billion — seven times what Citigroup was offering.

The call set in motion another game of brinkmanship in a year of extraordinary Wall Street showdowns. At stake is the control of one of the nation's largest retail banking businesses — a prize that will transform the winner into one of the few giants to emerge from the wreckage of the industry. For Wells Fargo, which is based in San Francisco, Wachovia would expand its reach across the nation. Citigroup, which is based in New York, wants the bank for its large retail operations.

The battle has also drawn in federal regulators, who had pushed the teetering Wachovia into the arms of Citigroup but are now seeking to limit taxpayer exposure. The reversal might make it more difficult for the government to broker future rescues. Citigroup is weighing a lawsuit that would claim a breach of contract

MORE IN BUSINESS DAY (1 OF 27 ARTICLES)
U.S. Adds 162,000 Jobs as Growth Remains Sluggish
Read More »

The cast of characters include some of the most powerful executives in the industry: Vikram S. Pandit at Citigroup; Mr. Steel, a former confidant of Henry M. Paulson Jr. at both the Treasury and Goldman Sachs; and Mr. Kovacevich, a legendary banker and former Citigroup executive who, until now, has largely shunned the empire-building practiced by his rivals.

In the wings is Warren E. Buffett, the largest shareholder of Wells Fargo, who has emerged as the go-to financier for several prominent companies that have come under siege during the credit crisis.

For Mr. Steel, the latest chapter began on Thursday night with the call from Mr. Kovacevich, who told him to consider the new offer or he would go public with it on Friday morning.

About 10 minutes later, Mr. Steel's BlackBerry buzzed. It was a merger proposal from Wells Fargo, bearing the approval of that bank's board.

Wachovia executives were stunned. They had not heard from Wells for days, and had been working nonstop alongside Citigroup bankers to close the deal and discuss operational details.

Mr. Steel called one of his Wall Street advisers, who was at home watching the vice presidential debate. "Fasten your seat belt," Mr. Steel told him.

At about 11:30 p.m., Mr. Steel convened an emergency meeting of Wachovia's board, where he described the new offer and a serious potential roadblock. Accepting might involve breaking an agreement with Citigroup that appeared to block a rival bid.

After two hours of debate, the board concluded that Wells Fargo's offer was too good to pass up. Wells Fargo was offering to buy all of Wachovia, whereas Citigroup had proposed buying only part of it. Also, Wells, unlike Citigroup, was not seeking government support. And then there was the money.

The board voted in favor of the offer, and, at approximately 2:15 a.m., Mr. Steel placed an awkward call to Mr. Pandit at Citigroup. The deal, he told him, was off.

Fifteen minutes later, Mr. Pandit alerted his lawyers and top lieutenants and summoned them to prepare for battle. They met at the law offices of Davis Polk & Wardwell. Groggy, one Citigroup executive forgot his corporate ID card.

In the early hours of Friday morning, Wachovia executives learned that Sheila C. Bair, the head of the Federal Deposit Insurance Corporation, which had pressed for the Citigroup deal, would not stand in the way of the new agreement with Wells Fargo, as it would involve no risk to taxpayers.

"Neither Chairman Bair nor any person at the F.D.I.C. in any way initiated or solicited this bid from Wells Fargo," an F.D.I.C. spokesman said on Friday. "When asked for our views, we said that we would not object" because the agency does not have the authority.

Other federal regulators said that they would not block Well Fargo's offer while they reviewed the proposal.

By Friday morning the F.D.I.C. said it stood behind the original deal with Citigroup. Bankers working on the deal were mystified by the statement, and said they had assumed the government would ultimately back a deal that did not involve public money.

News of the deal reached Wall Street trading desks at 7 a.m. A few hours later, Wells Fargo went public with its offer. Citigroup, its stock sinking, quickly fired back.

The Wells-Wachovia deal is "in clear breach" of an exclusivity agreement between Citigroup and Wachovia, Citigroup said. Citigroup claimed it had been irreparably harmed and demanded that Wachovia and Wells Fargo halt their proposed transaction.

Mr. Kovacevich told investors in a conference call Friday morning that he was confident the deal would go through. "We think this deal is solid," he said.

A Republican Case for Climate Action


2. PAUL KRUGMAN
Sex, Money and Gravitas


3. WELL
Making the Case for Eating Fruit


4. THE 6TH FLOOR
George Saunders's Advice to Graduates


5. VIEWPOINT | ADMISSIONS
Confessions of an Application Reader


6. WELL
How Exercise Changes Fat and Muscle Cells


7. Oregon Football Complex Is Glittering Monument to Ducks' Ambitions


8. DAVID BROOKS
The Neocon Revival


9. 36 Hours in Portsmouth, N.H.


10. STATE OF THE ART
Chromecast, Simply and Cheaply, Flings Web Video to TVs

Go to Complete List »   Show My Recommendations

Trade on the go with the leader in mobile trading.

 



Ads by Google   what's this?

**3.25%+ APR Fixed Mortgage**
No (ZERO) Closing Cost Refinancing.
Low APR Mortgage Available!
CashCallMortgage.com

MORE IN BUSINESS DAY (1 OF 27 ARTICLES)
U.S. Adds 162,000 Jobs as Growth Remains Sluggish
Read More »

When an analyst asked Mr. Steel if he could discuss whether Wachovia had a binding agreement with Citigroup, he replied with one word: No. But Mr. Buffett, in an interview on CNBC, endorsed the Wells Fargo bid on Friday afternoon, calling it superior to Citigroup's offer.

Well Fargo's reversal came after a little-noticed move on Tuesday by the Internal Revenue Service, which restored tax breaks for banks that take big losses on bad loans inherited through acquisitions. The rule had been viewed as a impediment to bank consolidation. With Wachovia, Wells Fargo estimates that it will absorb about $74 billion in losses.

The marketplace passed swift judgment on Friday. As its hold on Wachovia appeared to slip away, Citigroup stumbled in the stock market. Its shares fell nearly 18.5 percent, while shares of Wells Fargo slipped just 1.7 percent. Wachovia was the big winner. Its shares soared nearly 59 percent.

*Andrew Ross Sorkin contributed reporting.*

A version of this article appeared in print on October 4, 2008, on page C1 of the New York edition with the headline: Wells Fargo Swoops In

SIGN IN TO E-MAIL

PRINT

REPRINTS

 Try unlimited access to NYTimes.com for just 99¢. SEE OPTIONS »

**Get Free E-mail Alerts on These Topics**

Wells Fargo & Co
Wachovia Corp
Mergers, Acquisitions and Divestitures
Citigroup Incorporated

---

Ads by Google                                                    what's this?

**10 Stocks to Hold Forever**
Buy them, forget about them,
and never sell them.
www.StreetAuthority.com

---

**INSIDE NYTIMES.COM**

| MUSIC » | OPINION » | ARTS » | OPINION » | TRAVEL » | WORLD » |
|---|---|---|---|---|---|
|  |  |  | **The Fates of National Parks** In Room for Debate: Does protecting Yosemite make it inaccessible, or keep it pristine? Should all parks follow suit? |  |  |
| Enough Resilience to Fill an Arena | Op-Ed: Apes Need Vaccines, Too | Archaic to Cubist, He-Men on the March | | 36 Hours in Portsmouth, N.H. | Valuing a Culture in Cleaned-Up Soap Opera |

Home   World   U.S.   N.Y. / Region   Business   Technology   Science   Health   Sports   Opinion   Arts   Style   Travel   Jobs   Real Estate   Autos   Site Map

© 2011 The New York Times Company   Privacy   Your Ad Choices   Terms of Service   Terms of Sale   Corrections   RSS   Help   Contact Us   Work for Us   Advertise

MORE IN BUSINESS DAY (1 OF 27 ARTICLES)
**U.S. Adds 162,000 Jobs as Growth Remains Sluggish**
Read More »